# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Maurice Lennell Weatherspoon

Case No. Civil 00-1300MJD/ESS

v.

**JUDGMENT IN A CIVIL CASE**

Louis Stender

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that petitioner's application for leave to proceed in forma pauperis is DENIED and petitioner's writ of habeas corpus is DISMISSED WITHOUT PREJUDICE.

DATE: July 13, 2000

FRANCIS E. DOSAL, CLERK

Denise La Fond, Deputy Clerk